UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

PRESTON WESTBROOKS,

        *Plaintiff*,

    -vs-

MERCANTILE ADJUSTMENT BUREAU, LLC,

        *Defendant.*

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE AND ON THE MERITS**

Civil Action No. 08-cv-6267

---

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the Plaintiff and Defendant in the above-entitled action, that whereas neither the Plaintiff nor the Defendant is an infant or incompetent person for whom a committee has been appointed and no person not a party hereto has an interest in the subject matter of the action, the above-entitled action be, and hereby is, discontinued with prejudice and on the merits, without costs or fees to either Plaintiff or Defendant as against the other. In accordance with Rule 2104 of the CPLR, it is stated that the terms of this Stipulation involve a full settlement of any and all claims, counterclaims, cross-claims, and third-party claims for good and mutual consideration exchanged among the parties, including mutual releases. This Stipulation may be filed without further notice with the Clerk of the Court.

**DATED:** February 24, 2009

| | |
|---|---|
| **LAW OFFICES OF KENNETH HILLER** | **HISCOCK & BARCLAY, LLP** |
| By: _____ | By: _____ |
|     Kenneth R. Hiller |     John P. Gaughan |
| *Counsel of Record for Plaintiff* | *Counsel for Defendant* |
| Preston Westbrooks | Mercantile Adjustment Bureau, LLC |
| 6000 N. Bailey Avenue | 1100 M&T Center |
| Suite 1A | 3 Fountain Plaza |
| Amherst, NY 14226 | Buffalo, NY 14203 |
| Telephone: (716) 564-3288 | Telephone: (716) 566-1300 |

BULIB01\761911\1